No. 85–676.   BOCK *v.* NEW YORK ET AL., 474 U. S. 996;

No. 85–6001.   DOOLEY *v.* BELCHER, *ante*, p. 1002;

No. 85–6002.   DOOLEY *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL., *ante*, p. 1002;

No. 85–6100.   KALYON *v.* NEW YORK, *ante*, p. 1086;

No. 85–6144.   ACUFF *v.* HENRY ET AL., *ante*, p. 1042;

No. 85–6150.   IN RE NELSON, *ante*, p. 1044; and

No. 85–6293.   McDONALD *v.* TENNESSEE, *ante*, p. 1088.   Petitions for rehearing denied.

No. 85–1182.   HUMBLE EXPLORATION CO., INC., ET AL. *v.* BROWNING ET AL., *ante*, p. 1065;

No. 85–1185.   WHEATON *v.* CITY OF OKLAHOMA CITY ET AL., *ante*, p. 1062;

No. 85–6186.   TUCKER ET AL. *v.* MASCHNER, WARDEN, ET AL., *ante*, p. 1066;

No. 85–6201.   PRANTIL *v.* CALIFORNIA, *ante*, p. 1067; and

No. 85–6212.   SMIGA *v.* DEAN WITTER REYNOLDS, INC., *ante*, p. 1067.   Petitions for rehearing denied.   JUSTICE BRENNAN took no part in the consideration or decision of these petitions.